IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| Lazarus K. Tumustime, | ) | No. cv-08-1794-PHX-ROS |
| Petitioner, | ) | **ORDER** |
| vs. | ) | |
| Katrina Kane, | ) | |
| Respondent. | ) | |

Before the Court is Petitioner's Petition for Writ of Habeas Corpus (Doc. 1). There being no objections to the Report and Recommendation of the Magistrate Judge (Doc. 17),

**IT IS ORDERED** adopting the Report and Recommendation of the Magistrate Judge.

**FURTHERED ORDERED** dismissing the Petition for Writ of Habeas Corpus.

DATED this 24th day of July, 2009.

Roslyn O. Silver
United States District Judge